IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

OCTAVIA WARD, DENNIS HARGROVE,
and SANDRA TODD,

      Plaintiff,

vs.                                                                                                                                            No. CIV 18-1025 JB\JFR

CITY OF HOBBS, OFFICER TROY
BRACKEEN, a Hobbs Police Department,
OFFICER ZAKARIAH T. DALE,
a Hobbs Police Department officer, and
OFFICER RUBEN GASTELUM,
a Hobbs Police Department Officer,

      Defendants.

## **FINAL JUDGMENT**

      **THIS MATTER** comes before the Court on: (i) the Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice of all Claims Against Defendants Officer Troy D. Brackeen, Officer Zakariah T. Dale, and Officer Ruben Gastelum, filed November 26, 2019 (Doc. 49)("Stipulation"); and (ii) the Stipulated Order Granting Unopposed Motion to Dismiss All Plaintiffs' Claims Against the City of Hobbs with Prejudice, filed December 9, 2019 (Doc. 52)("Order"). In the Stipulation, the parties "stipulate to the dismissal with prejudice of any and all claims which Plaintiffs brought or could have brought in the above-entitled action against Defendants Officer Troy D. Brackeen, Officer Zakariah T. Dale, and Officer Ruben Gastelum." Stipulation at 1. In the Order, the Court orders that "all of the claims which Plaintiffs brought, or could have brought, against the City of Hobbs and its employees in the above-entitled and numbered cause of action are hereby dismissed with prejudice." Order at 1. With no more parties, claims, or issues before the Court, the Court now enters Final Judgment in this matter.

**IT IS ORDERED** that: (i) this case is dismissed without prejudice; and (ii) Final Judgment is entered.

_____
UNITED STATES DISTRICT JUDGE

*Counsel*:

Luis Robles
Albuquerque, New Mexico

    *Attorney for Defendants*

Joseph P. Kennedy
Shannon L. Kennedy
Larissa Marie Lozano
Kennedy, Kennedy & Ives
Albuquerque, New Mexico

    *Attorneys for Plaintiffs*